IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DUENAS and ROSALINA DUENAS,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF AMERICA N.A., et al.<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 12-04251 SI<br><br>**ORDER RE MOTION TO DISMISS AND STRIKE** |

This Court's August 22, 2012 Order referring this matter to ADR vacated the hearing date on defendants' motion to dismiss. *See* Docket No. 13. The Court indicated that if the ADR proceedings were not successful, the Court would reset the motion for hearing. On September 11, 2012, defendants filed a notice of non-opposition, indicating that plaintiffs had not timely filed an opposition to defendants' motions to dismiss and strike. The parties, however, are currently engaged in ADR proceedings and requiring plaintiffs to oppose the motions to dismiss and strike during this time would serve little purpose. So the record is clear, the hearing dates on both the motion to dismiss and motion to strike are VACATED. Plaintiffs are not required to file oppositions to either motion. If the ADR proceedings are not successful the Court will reset the motions for hearing and set a new briefing schedule.

**IT IS SO ORDERED.**

Dated: September 11, 2012

　　　　　　　　　　　　　　　　　　　　　　*Susan Illston*
　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge