BRIAN A. ANGELINI, ESQ. [SBN 234072]
ANGEL AT LAW, INC., APLC
8484 Wilshire Blvd., Suite 220
Beverly Hills, CA 90211
Telephone:  (310) 686-1127
Facsimile:  (310) 507-0280
bangelini@angelatlaw.com

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DUENAS, an Individual; ROSALINA DUENAS, an Individual<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national banking association; AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | CASE NO.: 3:12-cv-04251-SI<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIV. PROC. 41(a)(1)**<br><br>AND ORDER |

**PLEASE TAKE NOTICE** that Plaintiffs MIGUEL DUENAS and ROSALINA DUENAS (hereinafter "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss all claims in this action *with prejudice*.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) **Voluntary Dismissal.**

(1) *By the Plaintiff.*

(A) *Without a Court Order*. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

---
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIV. PROC. 41(a)(1)

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Dated: December 3, 2012

**ANGEL AT LAW, INC., APLC**

By: */s/ Brian A. Angelini*
 Brian A. Angelini, Esq.
 Attorney for Plaintiff, MIGUEL
 DUENAS and ROSALINA DUENAS

IT IS SO ORDERED

*[Signature]* Judge Susan Illston

---

2
PLAINTIFF'S VOLUNTARY DISMISSAL ONLY AGAINST DEFENDANT TAYLOR BEAN & WHITAKER MORTGAGE CORPORATION

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 8484 Wilshire Blvd., Suite 220, Beverly Hills, CA 90211.

On December 3, 2012 I served the foregoing document, described as **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIV. PROC. 41(a)(1)** on each interested party in this action, as follows:

**SEE ATTACHMENT NO. "1" SERVICE LIST**

☒ BY MAIL. I placed the original or a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Angel at Law, Inc., APLC, California. I am readily familiar with Angel at Law, Inc.'s practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business. Via First Class U.S. Mail, postage fully pre-paid.

☒ TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF). Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **07/07/2012** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated on the attached Service List.

Executed on December 3, 2012 at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____/s/ *Leopoldo Mendoza*_____

Leopoldo Mendoza

---
3
PLAINTIFF'S VOLUNTARY DISMISSAL ONLY AGAINST DEFENDANT TAYLOR BEAN & WHITAKER MORTGAGE CORPORATION

## ATTACHMENT NO. "1" SERVICE LIST

Andrew Bao, Esq.
**Wolfe & Wyman**
5 Park Plaza, Ste. 1100
Irvine, CA 92614
Email: aabao@wolfewyman.com (sent via NEF, Email, and U.S. Mail)
Attorneys for Defendants **CITIMORTGAGE, INC., U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE OF THE CMALT SERIES 2007-A2, REMIC PASS THROUGH CERTIFICATES, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

Jacqueline S Eberhard, Esq.
Terry Loftus, Esq.
**McCarthy & Holthus LLP**
1770 Fourth Ave.
San Diego, CA 92101
Email: bknotice@mccarthyholthus.com (sent via NEF, Email, and U.S. Mail)
Attorneys for Defendant: **QUALITY LOAN SERVICE CORPORATION**

Dan E. Chambers, Esq.
**Troutman Sanders LLP**
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Email: dan.chambers@troutmansanders.com (sent via Email and U.S. Mail)
Attorneys for Defendant: **TAYLOR BEAN & WHITAKER MORTGAGE CORPORATION**

**Elizabeth (SV) F Rojas (TR)**
Noble Professional Center
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
Cacb_ecf_sv@ch13wla.com (sent via NEF)

PLAINTIFF'S VOLUNTARY DISMISSAL ONLY AGAINST DEFENDANT TAYLOR BEAN & WHITAKER MORTGAGE CORPORATION